1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10
11

RONALD W. BARTELS,

Case No. CV 15-05144 AFM

12

        Plaintiff,

**JUDGMENT**

13

   v.

14
15

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

16
17

        Defendant.

18
19

    In accordance with the Order Affirming Decision of Commissioner filed

20

concurrently herewith,

21

    IT IS ORDERED AND ADJUDGED that the Commissioner's decision is

22

AFFIRMED.

23
24

DATED: January 29, 2016

25
26

_____

27

ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE

28